UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-00856-RM-KLM

Puma Investments, LLC, a Colorado limited
liability company

      Plaintiff,

v.

Great Lakes Reinsurance (UK) PLC

      Defendant.

---

### ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER is before the Court on the Joint Motion to Dismiss with Prejudice (ECF No. 17). The Court has reviewed the Joint Motion and good cause appearing therefore, it is hereby

ORDERED that this case is dismissed with prejudice, including all claims that either party asserted in any form or could have asserted in connection with, or as a result of the filing of this case. Each party will pay its own costs, including attorney's fees.

DATED this 11th day of September, 2014.

                                                                    BY THE COURT:

                                                                     RAYMOND P. MOORE
                                                                     United States District Judge